UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON L CALLIER**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CITY FIRST MORTGAGE SERVICES, LLC**, a Utah limited liability company, and **JANE/JOHN DOE**,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    No. 3:24-CV-00431-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 4, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**